Steve **WILHELM**, Plaintiff-Appellant,

v.

Aron **ROTMAN**, Dr.; et al., Defendants-Appellees.

No. 15-16925

United States Court of Appeals, Ninth Circuit.

Submitted February 14, 2017 *

Filed February 24, 2017

Steve Wilhelm, Pro Se

Vickie P. Whitney, AGCA-Office of the California Attorney General, Sacramento, CA, for Defendant-Appellee

Before: GOODWIN, FARRIS, and FERNANDEZ, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

MEMORANDUM \*\*\*

California state prisoner Steve Wilhelm appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment for defendant Rotman because Wilhelm failed to raise a genuine dispute of material fact as to whether Rotman was deliberately indifferent by causing a delay in Wilhelm's hernia treatment. *See Jett v. Penner,* 439 F.3d 1091, 1096 (9th Cir. 2006) (deliberate indifference requires showing of harm "caused by" the alleged indifference); *Hallett v. Morgan,* 296 F.3d 732, 746 (9th Cir. 2002) (prisoner alleging deliberate indifference based on delay in treatment must show that delay led to further injury); *McGuckin v. Smith,* 974 F.2d 1050, 1060 (9th Cir. 1992) ("A defendant must purposefully ignore or fail to respond to a prisoner's pain or possible medical need in order for deliberate indifference to be established."), *overruled on other grounds by WMX Techs., Inc. v. Miller,* 104 F.3d 1133 (9th Cir. 1997) (en banc).

Wilhelm's request for entry of default judgment, set forth in his reply brief, is denied.

**AFFIRMED.**

---

\*\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).